UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACK HUBMANN,

    Plaintiff,

v.                                          CASE NO. 4:09cv390-SPM/WCS

MORRIS A. YOUNG, in his official
capacity as SHERIFF, GADSDEN COUNTY,
FLORIDA,

    Defendant.

_____/

## ANSWER

Defendant, MORRIS A. YOUNG, in his official capacity as Sheriff of Gadsden County, responds to the Complaint as follows:

1. Admit action; deny liability.

2. Admit action; deny liability.

3. Admit first sentence; deny remaining allegations.

4. Admit.

5. Without knowledge and therefore denied.

6. Admit first sentence; deny remaining allegations.

7. Without knowledge and therefore denied.

8. Defendant realleges and incorporates by reference his responses to paragraphs 1-7 above.

9. Admit action; deny liability.

10. Denied.

11. Denied.

51588-1

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Defendant realleges and incorporates by reference his responses to paragraphs 1-7 above.

17. Admit action; deny liability.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Defendant realleges and incorporates by reference his responses to paragraphs 1-7 above.

25. Admit.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

51588-1

## AFFIRMATIVE DEFENSES

1. Any adverse job action of which Plaintiff complains would have occurred regardless of Plaintiff's alleged disability, race, or any protected activity.

2. Defendant exercised reasonable care to prevent and promptly correct any harassing behavior, and Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities or to avoid harm otherwise.

3. Plaintiff failed to exhaust administrative remedies or comply with the conditions precedent to this action by filing all claims with the Equal Employment Opportunity Commission or the Florida Commission on Human Relations.

4. Plaintiff's claims are barred in whole or in part by the statute of limitations.

5. Plaintiff has failed to mitigate his damages.

6. Plaintiff failed to request a reasonable accommodation for any alleged disability.

Respectfully submitted this 6th day of October, 2009.

/s/ R. W. Evans
**R.W. EVANS, ESQUIRE**
Florida Bar No. 198862
**SHAINA BRENNER**
Florida Bar No. 0055464
**ALLEN, NORTON & BLUE, P.A.**
906 North Monroe Street, Suite 100
Tallahassee, Florida 32303
(850) 561-3503
(850) 561-0332 (Facsimile)

51588-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via United States Mail to: Marie A. Mattox, Esquire, Marie A. Mattox, P.A., 310 East Bradford Road, Tallahassee, Florida 32303, this 6th day of October, 2009.

/s/ R. W. Evans
R. W. EVANS

51588-1